SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
CASE NO. 4:19-cv-249

**Acknowledged**
TWP
June 4, 2021

BRIAN NAPIER                                              PLAINTIFF

v.

CRUISIN, INC                                              DEFENDANT

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Brian Napier, and the Defendant, Cruisin, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Cruisin, Inc., are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

*/s/ David W. Hemminger*
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
Fax 502-873-5300
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

*/s/William Joseph Jenner*
William Joseph Jenner
JENNER & PATTISON
508 East Main Street
Madison, IN 47250
812-265-5132
Fax: 812-265-5691
Email: jjenner@wjennerlaw.net
*Counsel for Defendant, Cruisin, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/David W. Hemminger
David W. Hemminger